**THIRD DIVISION
RICKMAN, J.,
GOSS, J., and HODGES, J.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules**

**July 30, 2019**

# In the Court of Appeals of Georgia

A17A2058. BISHOP v. GOINS et al.

A17A2059. BISHOP et al. v. POWELL et al.

HODGES, Judge.

In *Bishop v. Goins*, 344 Ga. App. 174 (809 SE2d 280) (2017), we consolidated these cases and affirmed the judgments of the Superior Court of Jasper County awarding costs and attorney fees incurred during the appellate review of certain stalking protective orders. Our Supreme Court reversed our opinion in *Bishop v. Goins*, 305 Ga. 310 (824 SE2d 369) (2019), holding that such awards are not available. See OCGA § 16-5-94 (d). Therefore, we vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and reverse the judgments of the Superior Court of Jasper County.

*Judgments reversed. Rickman and Goss, JJ., concur.*